IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR253 |
| v. | |
| BION A. FLINT, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Bion A. Flint's unopposed Motion to continue his self-surrender date (Filing No. 112).

IT IS ORDERED:

1. Defendant Bion A. Flint's Motion to Continue Self Surrender Date (Filing No. 112) is granted;

2. Defendant shall report no earlier than 2:00 p.m. on Tuesday, December 13, 2022, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

Dated this 6th day of October 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge