IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:21CR253 |
| v. | |
| BION A. FLINT, | ORDER |
| Defendant. | |

This matter is before the Court on defendant Bion A. Flint's ("Flint") Motion to Continue Surrender Date (Filing No. 132). The government objects to the extension. After considering the matter, the Court will grant the motion. No further extensions will be granted.

IT IS ORDERED that Flint's motion is granted, and his self-surrender date is extended to **Tuesday, January 3, 2023**. Flint shall surrender for service of sentence at the institution designed by the Bureau of Prisons.

Dated this 12th day of December 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge